LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-00716-BRO (JPRx) | Date | January 12, 2016 |
|---|---|---|---|
| Title | SAGE TELECOM COMMUNICATIONS, LLC ET AL. V. THE IRETAS GROUP, LLC ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE
## RE: CONTEMPT FOR FAILURE
## TO INITIATE ARBITRATION PROCEEDINGS

On September 25, 2015, Plaintiffs and Counter-Defendants Sage Telecom Communications, LLC and Telscape Communications, Inc., and Counter-Defendants TSC Acquisition Corporation and Nathan Johnson (collectively, "Plaintiffs") moved to compel arbitration and stay the action against Defendant and Counter-Claimant The Iretas Group, LLC ("Defendant").  (Dkt. No. 57.)  On October 23, 2015, the Court granted Plaintiffs' motion and indicated that "Plaintiffs must arbitrate their claims against Defendants [Iretas, Kaveh Sateri, and Jonathan Sarafian], and Iretas must arbitrate its claims against Counter-Defendants."  (Dkt. No. 65 at 13.)  The parties filed status reports with the Court on December 18, 2015, stating—contrary to this Court's Order compelling arbitration—that neither party has initiated arbitration in this matter.  (*See* Dkt. Nos. 66, 68.)  Rather, Defendants' status report provides that "[t]he parties are currently looking into possible mediation of this matter."  (Dkt. No. 68 at 2.)

"A district court has the power to adjudge in civil contempt any person who willfully disobeys a specific and definite order of the court."  *Gifford v. Heckler*, 741 F.2d 263, 265 (9th Cir. 1984); *see also In re Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693, 695 (9th Cir. 1993) (explaining that civil contempt "consists of a party's disobedience to a specific and definite court order").

Accordingly, the parties are **ORDERED TO SHOW CAUSE** as to why the Court should not hold them in contempt of this Court's Order compelling arbitration.  The

LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 15-00716-BRO (JPRx) | Date | January 12, 2016 |
|---|---|---|---|
| Title | SAGE TELECOM COMMUNICATIONS, LLC ET AL. V. THE IRETAS GROUP, LLC ET AL. | | |

parties' response to this order to show cause must be filed **no later than 4:00 p.m. on Tuesday, January 19, 2016**.

The Court also **ORDERS** the parties to **complete** arbitration or mediation in this matter **on or before Monday, April 11, 2016**. The parties must file a status report regarding the outcome of the arbitration or mediation **no later than 4:00 p.m. on Monday, April 11, 2016**.

**IT IS SO ORDERED.**

:

Initials of Preparer    rf